

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lionel Childress, Jeanette Childress and/or All Occupants of 2650 Garden Oaks, Marshall, Texas 75672, Appellants

No. 06-23-00024-CV          v.

U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, Appellee

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2023-11476-CCL).    Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.   Because the trial court had jurisdiction to adjudicate the forcible detainer action, we affirm the trial court's judgment.

We further order that the appellants, Lionel Childress, Jeanette Childress and/or All Occupants of 2650 Garden Oaks, Marshall, Texas 75672, pay all costs incurred by reason of this appeal.

RENDERED AUGUST 25, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk